**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01985-REB-PAC

REGINA CORTEZ, and
TONY CORETZ,

      Plaintiffs,

v.

TRANSCONTINENTAL INSURANCE COMPANY, a New York corporation,
CAMBRIDGE INTEGRATED SERVICES GROUP, INC., a Pennsylvania corporation,
and,
AON INNOVATIVE SOLUTIONS, INC., a Missouri corporation,

      Defendants.

---

## MINUTE ORDER

---

      Plaintiffs' Motion for Leave to File Plaintiffs' Reply to AON's Response to Motion to Remand Case to State Court Conforming With REB Civ. Practice Standard V.A.1 [#28], filed November 28, 2005, is GRANTED and the reply [#27], filed November 28, 2005, is accepted for filing.

Dated:  November 28, 2005
-------------------------------------------------------------------------------------------------------------